United States District Court  
Eastern District of New York                             1:20-cv-04036-AMD-RER

| |
|---|
| Ruby Harrisingh, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| Naked Juice Co. of Glendora, Inc., |
| Defendant |

Notice of Voluntary Dismissal

    Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  November 30, 2020

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan  
    Spencer Sheehan  
    60 Cuttermill Rd Ste 409  
    Great Neck NY 11021-3104  
    Tel: (516) 268-7080  
    Fax: (516) 234-7800  
    spencer@spencersheehan.com  
    E.D.N.Y. # SS-8533  
    S.D.N.Y. # SS-2056

1:20-cv-04036-AMD-RER
United States District Court
Eastern District of New York

Ruby Harrisingh, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Naked Juice Co. of Glendora, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: November 30, 2020

                                                                               /s/ Spencer Sheehan
                                                                                 Spencer Sheehan

Certificate of Service

I certify that on November 30, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan